# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| POST FOODS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OK GO PARTNERSHIP, DAMIAN J. KULASH, JR. TIMOTHY J. NORDWIND, DANIEL M. KONOPKA, AND ANDREW B. ROSS,<br><br>　　　　Defendants | Case No. _____<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Post Foods, LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Post Foods, LLC have a parent corporation and/or wholly owned subsidiary?

    ☒ Yes　　　☐ No

    If yes, the parent corporation and/or wholly owned subsidiary is/are:

    Post Holdings, Inc.

2. Is 10% or more of the stock of Post Foods, LLC owned by a publicly held corporation?

    ☐ Yes　　　☒ No

    If yes, identify all such owners:

Dated: January 13, 2023　　　　WINTHROP & WEINSTINE, P.A.

　　　　　　　　　　　　　　　　By:　*s/ Aimée D. Dayhoff*
　　　　　　　　　　　　　　　　Aimée D. Dayhoff, #0319041
　　　　　　　　　　　　　　　　225 South Sixth Street, Suite 3500
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　Telephone: (612) 604-6400
　　　　　　　　　　　　　　　　Facsimile:  (612) 604-6800
　　　　　　　　　　　　　　　　adayhoff@winthrop.com

2

THOMPSON COBURN LLP

Thomas A. Polcyn *(Pro Hac Vice to be submitted)*
Matthew A. Braunel *(Pro Hac Vice to be submitted)*
Justin Powers Mulligan *(Pro Hac Vice to be submitted)*
One US Bank Plaza
St. Louis, MO 63101
P: (314) 552-6000
F: (314) 552-7000
tpolcyn@thompsoncoburn.com
mbraunel@thompsoncoburn.com
jmulligan@thompsoncoburn.com

*Attorneys for Plaintiff Post Foods, LLC*

25525207v1