AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Post Foods, LLC,

          *Plaintiff,*

v.                                                                  Case No. 0:23–cv–00110–JWB–TNL

OK Go Partnership, et al.,

          *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  OK Go Partnership

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Aimee D Dayhoff
          225 S 6th St Ste 3500
          Mpls, MN
          55402–4629

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                              By: *M. Fogarty*

                                                                                Kate M. Fogarty, Clerk of Court

Date of Issuance:  <u>January 13, 2023</u>

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:23–cv–00110–JWB–TNL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                                                *Server's signature*

                                                                        _____
                                                                                *Printed name and title*

                                                                        _____
                                                                                *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Post Foods, LLC

CASE NO. : 0:23-CV-00110-JWB-TNL

vs

*Plaintiff*

OK Go Partnership, et al

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **1/17/2023** at **12:32 PM** at **250 West 57th Street, Lobby, New York, NY 10107**

deponent served a(n) **Summons in a Civil Action and Complaint for Declaratory Judgment, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement**

on **OK Go Partnership c/o RZO LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Peter Sombor** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :Over 200 Lbs.
Other :

Sworn to before me this
18th day of January, 2023

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Juan Pimentel
License No.2066974

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160