AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Post Foods, LLC,

|                        |                                              |
|------------------------|----------------------------------------------|
| *Plaintiff,*           |                                              |
| v.                     | Case No. 0:23–cv–00110–JWB–TNL               |
| OK Go Partnership, et al., |                                          |
| *Defendant.*           |                                              |

---

## SUMMONS IN A CIVIL ACTION

To:  Daniel M. Konopka

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Aimee D Dayhoff
> 225 S 6th St Ste 3500
> Mpls, MN
> 55402–4629

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance:  <u>January 13, 2023</u>

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:23−cv−00110−JWB−TNL

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)* _____.

    ☐ I personally served the summons on the individual at *(place)*_____

_____ on *(date)* _____; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)*_____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*_____

_____ on *(date)* _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|

Attorney or Party without Attorney:
Aimée D. Dayhoff (SBN 0319041)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
 Telephone No: (612) 604-6400

 Attorney For: Plaintiff

Ref. No. or File No.:

For Court Use Only

Insert name of Court, and Judicial District and Branch Court:
United States District Court for the District of Minnesota

Plaintiff: POST FOODS, LLC
Defendant: OK GO PARTNERSHIP; ET AL

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>0:23–cv–00110–JWB–TNL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Rule 7.1 Corporate Disclosure Statement

3. *a. Party served:* DANIEL M. KONOPKA
   *b. Person served:* Party Served in 3a., served under FRCP Rule 4

4. *Address where the party was served:* 1120 N Florence St, Burbank, CA 91505

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jan 13, 2023 (2) at: 06:52 PM

6. **Person Who Served Papers:**
   a. Michelle Zavala (2014239169, Los Angeles)          d. *The Fee* for Service was: $120.77
   **b. FIRST LEGAL**
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/17/2023
*(Date)*

*Michelle Zavala*
*(Signature)*



PROOF OF
SERVICE

*8228411*
*(5199945)*