# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| POST FOODS, LLC, | No.: 0:23-cv-00110-JWB-TNL |
| Plaintiff, | |
| v. | **ORDER GRANTING UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| OK GO PARTNERSHIP, DAMIAN J. KULASH, JR., TIMOTHY J. NORDWIND, DANIEL M. KONOPKA, AND ANDREW B. ROSS, | |
| Defendants. | |

The above-entitled matter came before the Honorable Tony N. Leung on the Uncontested Motion For Extension Of Time To File Responsive Pleading (Dkt. No. 16).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants OK Go Partnership, Damian J. Kulash, Jr., Timothy J. Nordwind, Daniel M. Konopka, and Andrew B. Ross (collectively "Defendants"), are granted an extension of time to file an answer or file a responsive pleading under Federal Rule of Civil Procedure 12(b) until February 15, 2023.

**BY THE COURT:**

Dated: January 27, 2023

*s/Tony N. Leung*
TONY N. LEUNG
Magistrate Judge, District of Minnesota