IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| POST FOODS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OK GO PARTNERSHIP, ET AL., )<br>)<br>Defendants. )<br>) | Case No. 0:23-cv-00110-JWB-TNL |

**NOTICE OF HEARING ON**
**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL**
**JURISDICTION AND FAILURE TO STATE A CLAIM**

Please take notice that at a hearing on June 15, 2023, before the Honorable Jerry W. Blackwell, United States District Judge for the District of Minnesota, Courtroom 3C, 316 N. Robert Street, St. Paul, MN 55101, counsel for Defendants will move the Court under Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure for an Order granting their Motion to Dismiss Plaintiff's Complaint in the above-captioned matter.

Dated: February 15, 2023          Respectfully submitted,

                                                        *s/ Tiffany A. Blofield*
                                                        Tiffany A. Blofield (No. 0237279)
                                                        GREENBERG TRAURIG, LLP
                                                        90 South 7th Street, Suite 3500
                                                        Minneapolis, MN 55402
                                                        (612) 259-9721
                                                        blofieldt@gtlaw.com

                                                        and

Alexander Kaplan (admitted *pro hac vice*)
   (NY Atty Reg. No. 3966272)
OPPENHEIM + ZEBRAK , LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
alex@oandzlaw.com

*Attorney for Defendants*