IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| POST FOODS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 0:23-cv-00110-JWB-TNL |
| OK GO PARTNERSHIP, ET AL., | ) |
| Defendants. | ) |

**DEFENDANTS' LOCAL RULE 7.1(a)**
**MEET-AND-CONFER STATEMENT**

I, Tiffany A. Blofield, representing Defendants, hereby certify that, along with co-counsel Alexander Kaplan, I met and conferred with the opposing party by conducting a videocall on February 13, 2023 with Aimee D. Dayhoff and Matthew A. Braunel, each of whom is counsel for Plaintiff. During this call, counsel discussed Defendants' foregoing Motion to Dismiss. As a result of the meet-and-confer, the parties did not agree on the resolution of any part of the motion.

Dated: February 15, 2023

Respectfully submitted,

*s/ Tiffany A. Blofield*
Tiffany A. Blofield (No. 0237279)
GREENBERG TRAURIG, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
(612) 259-9721
blofieldt@gtlaw.com

and

Alexander Kaplan (admitted *pro hac vice*)
   (NY Atty Reg. No. 3966272)
OPPENHEIM + ZEBRAK , LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
alex@oandzlaw.com

*Attorneys for Defendants*