IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| POST FOODS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OK GO PARTNERSHIP, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No. 0:23-cv-00110-JWB-TNL |

**PROPOSED ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss. It is hereby **ORDERED** that Defendants' Motion to Dismiss [Dkt. No. 19] is **GRANTED** in full. All Defendants are **DISMISSED WITH PREJUDICE** for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). In addition, Defendants Andrew B. Ross, Damian J. Kulash, Daniel M. Konopka, and Timothy J. Norwind are **DISMISSED WITH PREJUDICE** for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

So **ORDERED** this ___ day of _____, 2023.

_____
Hon. Jerry W. Blackwell
United States District Judge