UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POST FOODS, LLC,

    Plaintiff,

v.

OK GO PARTNERSHIP, DAMIAN J. KULASH, TIMOTHY J. NORDWIND, DANIEL M. KONOPKA, AND ANDREW B. BOSS,

    Defendants

Case No. 0:23-cv-00110-JWB-TNL

**STIPULATION TO AMEND BRIEFING SCHEDULE RELATED TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Post Foods, LLC ("Post") and Defendants OK Go Partnership, Damian J. Kulash, Timothy J. Nordwind, Daniel M. Konopka, and Andrew B. Boss ("Defendants"), by their attorneys, hereby stipulate and agree, and respectfully ask the Court to enter an order adopting the following amended briefing schedule.

**RECITALS**

WHEREAS, Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim ("Motion") on February 15, 2023;

WHEREAS, pursuant to Local Rule 7.1, Plaintiff's Opposition to Defendants' Motion ("Opposition") would otherwise be due on March 8, 2023;

WHEREAS, the parties are engaging in discussions to determine if an early settlement conference and/or mediation is feasible;

WHEREAS, the oral argument on the Motion is not to be held until June 15, 2023;

THEREFORE, the parties agree that good cause exists to amend the standard briefing schedule so that Plaintiff's Opposition shall be due on March 15, 2023 and Defendants' Reply shall be due on March 29, 2023.

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Plaintiff's Opposition and supporting documents shall be filed on or by **March 15, 2023**.

2. Defendants' Reply shall be filed on or by **March 29, 2023**.

AGREED:

Respectfully submitted,

Dated:  March 6, 2023

WINTHROP & WEINSTINE, P.A.

By:  *s/ Aimée D. Dayhoff*
Aimée D. Dayhoff, #0319041
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6400
Facsimile:  (612) 604-6800
adayhoff@winthrop.com

THOMPSON COBURN LLP

Thomas A. Polcyn *(Pro Hac Vice)*
Matthew A. Braunel *(Pro Hac Vice)*
Justin Powers Mulligan *(Pro Hac Vice)*
One US Bank Plaza
St. Louis, MO 63101
P: (314) 552-6000
F: (314) 552-7000
tpolcyn@thompsoncoburn.com
mbraunel@thompsoncoburn.com
jmulligan@thompsoncoburn.com

*Attorneys for Plaintiff Post Foods, LLC*

- 3 -

Dated:   March 6, 2023

GREENBERG TRAURIG, LLP

*/s/ Tiffany A. Blofield*
Tiffany A. Blofield (No. 0237279)
GREENBERG TRAURIG, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
(612) 259-9721
blofieldt@gtlaw.com

Alexander Kaplan (admitted *pro hac vice*)
(NY Atty Reg. No. 3966272)
OPPENHEIM + ZEBRAK , LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
alex@oandzlaw.com

*Attorneys for Defendants*

25865734v1