# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| POST FOODS, LLC, | Civ. No. 23-110 (JWB/TNL) |
| Plaintiff, | |
| v. | ORDER |
| OK GO PARTNERSHIP, DAMIAN J. KULASH, TIMOTHY J. NORDWIND, DANIEL M. KONOPKA, AND ANDREW B. BOSS, | |
| Defendants | |

Pursuant to the Joint Stipulation to Amend Briefing Schedule (Doc. No. 27) on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (Doc. No. 9), IT IS HEREBY ORDERED as follows:

1. Plaintiff's Opposition brief and supporting documents shall be filed on or by **March 15, 2023**.

2. Defendants' Reply brief shall be filed on or by **March 29, 2023**.

Date: March 6, 2023

The Honorable Jerry W. Blackwell
U.S. District Court Judge