UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Post Foods, LLC,

      Plaintiff,

v.

OK Go Partnership; Damian J. Kulash, Jr.; Timothy J. Nordwind; Daniel M. Konopka; and Andrew B. Ross,

      Defendants.

Civ. No. 23-cv-110 (JWB/TNL)

**ORDER**

---

Pursuant to the joint Second Stipulation to Amend Briefing Schedule Related to Defendants' Motion to Dismiss (Doc. No. 31), filed by the parties on March 14, 2023,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Opposition brief and supporting documents shall be filed on or by **March 22, 2023**.

2. Defendants' Reply brief shall be filed on or by **April 5, 2023**.

Date: March 14, 2023

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge